ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-cr-00170-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO EXCLUDE TIME BETWEEN FEBRUARY 24, 2026, AND MARCH 03, 2026** |
| v. | |
| ERIC LAMONT MORGAN, | DATE: March 3, 2026 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      The parties appeared in person for status conference on January 6, 2026 and the court granted defendant's request for one more status conference, set for February 24, 2026; pursuant to the parties' agreement, the court ordered time excluded between January 6, 2026 and February 24, 2026 pursuant to local code T4.  ECF 33 (minutes).

2.      On January 20, 2026, the Court, on its own motion, reset the status conference from February 24, 2026 to March 3, 2026 and invited to the parties to file a notice of exclusion of time if applicable.  ECF 34 (minutes).

3.      By this stipulation, the parties now move to exclude time between February 24, 2026 and March 3, 2026, under Local Code T4.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

4.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes numerous investigative reports, documents, and photos.  The government has additionally provided the full forensic extraction defendant's cell phones to the defense.  These phone extractions contain additional messages, audio files, images, and videos that defense is reviewing.  The government has produced this discovery directly to counsel and/or made the discovery available for inspection and copying.

b)      Counsel for defendant has recently received a report from a defense expert and needs additional time to review that report, discuss with her client, review discovery, and discuss possible resolutions with her client.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      Based on the above-stated findings, the ends of justice served by excluding time in the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 24, 2026 to March 3, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Dated:  January 22, 2026

ERIC GRANT
Acting United States Attorney

/s/ J. DOUGLAS HARMAN
J. DOUGLAS HARMAN
Assistant United States Attorney

Dated:  January 22, 2026

/s/ TAMARA L. SOLOMON
TAMARA L. SOLOMON
Counsel for Defendant
Eric Lamont Morgan

**ORDER**

IT IS SO ORDERED.

Dated: January 23, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3